IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CARLOS SANTIAGO-MORALES,<br>Defendant. | INDICTMENT<br><br>Criminal No. 25-192 (RAM)<br><br>VIOLATION:<br><br>18 U.S.C. § 751(a)<br><br>ONE COUNT |

THE GRAND JURY CHARGES

COUNT ONE
Escape
(18 U.S.C. § 751(a))

On or about January 4, 2023, in the District of Puerto Rico and within the jurisdiction of

this Court, the defendant,

CARLOS SANTIAGO-MORALES,

did knowingly escape from custody in Volunteers of America, Inc. Residential Re-entry Center,

where he was lawfully confined at the direction of the Attorney General by virtue of a judgment

of the United States District Court for the District of Puerto Rico upon conviction in criminal case

number 3:16-CR-773-024 (JAG), in violation of Title 18, United States Code, Section 751(a).

TRUE BILL,

FOREPERSON
Date: Apr/10/2025

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney
Deputy Chief, Violent Crimes Section

Julian N. Radzinschi
Assistant U.S. Attorney