# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-	Case No. 8:25-mj-1773-CPT

CARLOS SANTIAGO-MORALES

**CLERK'S MINUTES**
Proceeding: Initial Appearance – Rule 5c3
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: April 11, 2025 |
| Deputy Clerk: Ashley Sanders | Time: 2:47 p.m. |
| USPO: Christopher Borras | Recess: 4:51 p.m. |
| Court Reporter: Digital | Total Time: 2 hours 4 min |
| Interpreter: James Plunkett, Spanish (sworn) | |

*Hearing held with other duty matters: 25mj1733 (10 min); 19cr475 (40 min); 18cr64 (1 hour); 22cr388 (14 min)

---

Counsel for USA: Greg Pizzo, AUSA
Counsel for Defendant: Mary Claire Wolf, AFPD

---

Court calls case and counsel enters appearance.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Defenders Office.

Court advises of charges contained in Indictment. Defendant understands.

Defendant waives identity hearing.

BOND:	<u>Government:</u>  moves for detention.

<u>Defendant:</u>  reserves to be hearing in the charging district.

Court orders Defendant detained. Defendant committed to the District of Puerto Rico.

Oral due process order pronounced.

Recess.